# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RUSSELL B., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) )   Docket no. 1:22-cv-00223-GZS |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) ) ) ) |
|       Defendant. | ) |

## ORDER ADOPTING RECOMMENDED DECISION

On October 17, 2023, the United States Magistrate Judge filed with the Court her Recommended Decision (ECF No. 21). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that the Commissioner's decision is hereby **VACATED** and the case is **REMANDED** for further proceedings consistent with this Order.

SO ORDERED.

                                          /s/ George Z. Singal
                                          United States District Judge

Dated this 14th day of November, 2023.